**N. L. R. B.**

v.

**UNITED ASSOC. OF JOURNEYMEN & APPRENTICES, etc.**

**No. 17523.**

United States Court of Appeals
Eighth Circuit.

Feb. 7, 1964.

Marcel Mallet-Prevost, Asst. Genl. Counsel, NLRB, for National Labor Relations Bd.

Harry H. Craig, St. Louis, Mo., for respondent.

PER CURIAM.

Motion of Labor Board for judgment by default granted and order of Labor Board of June 28, 1963 against respondent enforced.

**Andrew CAPOROSSI**

v.

**ATLANTIC CITY, a municipal corporation of the State of New Jersey;**

**Lester Warren, Inc., a corporation of the State of New Jersey, and Mollie Gerber and Shepard Gerber,**

**Atlantic City, a municipal corporation of the State of New Jersey, Appellant.**

**No. 14661.**

United States Court of Appeals
Third Circuit.

Argued Feb. 20, 1964.

Decided March 10, 1964.

Samuel P. Orlando, Camden, N. J., for appellant.

Ralph W. Campbell, Asbury Park, N. J. (Campbell, Mangini, Foley & Lee, Asbury Park, N. J., on the brief), for appellee.

Before KALODNER and HASTIE, Circuit Judges, and KIRKPATRICK, District Judge.

PER CURIAM.

On review of the record we find no error. The judgment of the District Court entered pursuant to the jury's verdict will be affirmed for the reasons so well stated by Judge Cohen in his excellent opinion reported at 220 F.Supp. 508 (D.C.N.J.1963).

**Application of Frederick W. BOYER for a writ of habeas corpus.**

**Frederick W. Boyer, Appellant.**

**No. 14653.**

United States Court of Appeals
Third Circuit.

Submitted Jan. 6, 1964.

Decided Jan. 31, 1964.

Certiorari Denied May 18, 1964.

See 84 S.Ct. 1342.

Before STALEY, HASTIE and SMITH, Circuit Judges.

Frederick W. Boyer, pro se.

Norman Heine, Camden County Prosecutor, James G. Aiken, Asst. Prosecutor, Camden, N. J., for appellee.

PER CURIAM.

This appeal is from the denial of the appellant's petition for a writ of habeas corpus. We have considered the record and the briefs in this case and find no error.

The judgment of the court below will be affirmed on the opinion of Chief Judge Madden, 226 F.Supp. 888.